# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jimmy Exequiel Cocas Espinal,<br>a.k.a.: Jimmi Cocasexzequiel,<br>a.k.a.: Jimmi Ezequiel Cocas-Espinal,<br>(A 201 074 623)<br>*Defendant* | Case No. 16-9365 mj |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 14, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jimmy Exequiel Cocas Espinal, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Alexandria, Louisiana, on or about June 14, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Amy Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 24, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On April 14, 2016, Jimmy Exequiel Cocas Espinal was booked into the Maricopa County Jail (MCJ) by the Mesa Police Department on local charges. While incarcerated at the MCJ, Cocas Espinal was examined by ICE Officer A. Broyles who determined him to be citizen of Honduras, illegally present in the United States. On the same date, a Warrant for Arrest of Alien was lodged with the MCJ. On October 21, 2016, Cocas Espinal was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Cocas Espinal was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jimmy Exequiel Cocas Espinal to be a citizen of Honduras and a previously deported alien. Cocas Espinal was removed from the United States to Mexico through Alexandria, Louisiana, on or about June 14, 2013,

1

pursuant to an order of removal issued by an immigration judge. There is no record of Cocas Espinal in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cocas Espinal's immigration history was matched to him by electronic fingerprint comparison.

4. On October 21, 2016, Jimmy Exequiel Cocas Espinal was advised of his constitutional rights. Cocas Espinal freely and willingly agreed to provide a statement under oath. Cocas Espinal stated that his true and complete name is Jimmy Exequiel Cocas Espinal and that he is a citizen of Honduras. Cocas Espinal stated that he illegally entered the United States in or around 2014, at or near Sonorita, Nogales, without inspection by an immigration officer. Cocas Espinal further stated that he had been removed from the United States to Honduras and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about April 14, 2016, Cocas Espinal, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Alexandria, Louisiana, on or about June 14, 2013, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 24th day of October, 2016.

_____
Eileen S. Willett,
United States Magistrate Judge